# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2013

## NO. 03-10-00713-CV

**Tamara Lynn Ramaker, Appellant**

**v.**

**Jeanette Abbe, Gary Hobbs, Denise Lackey, Shelly Mattson, Stacy McCoy, Anita Paniagua and Amber Ross, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** for the portion of the judgment finding that Tamara Lynn Ramaker take nothing on her claim that Amber Ross breached the Riding Instructor Agreement and the award of attorney's fees. **IT IS THEREFORE** ordered that the portion of the trial court's judgment finding that Tamara Lynn Ramaker take nothing on her claim that Amber Ross breached the Riding Instructor Agreement and the award of attorney's fees are reversed, and those issues are remanded for further proceedings. However, we affirm the trial court's judgment with respect to claims concerning the Boarding Contract. It is **FURTHER** ordered that the appellees pay all

costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.